UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLEY JAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-452** |
| **SHERIFF DANIEL EDWARDS, ET AL.** | **SECTION: "F" (3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation filed by the plaintiff on April 16, 2020 (Rec. Doc. No. 18), hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Sheriff Daniel Edwards, Warden Heath Martin, and Assistant Warden Genie Cooley for the denial of clean water is allowed to proceed pending further development.

**IT IS FURTHER ORDERED** that plaintiff's claim against Sheriff Daniel Edwards, Warden Heath Martin, Assistant Warden Genie Cooley, and Chief of Security Pittman for the denial of plaintiff's freedom to exercise his religion also is allowed to proceed pending further development.

**IT IS FURTHER ORDERED** that plaintiff's claim for theft of his personal property is **DISMISSED WITHOUT PREJUDICE** to his right to pursue that claim in the state courts.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining claims against all remaining defendants are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 14th day of May, 2020.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**